STATE v. BOSE FAIN.

(Filed 19 December, 1930.)

**Criminal Law G m—Evidence in this case held insufficient to sustain
conviction.**

Evidence only that defendant was on friendly terms with a young
woman in whose possession stolen property was found is insufficient to
convict him of housebreaking, larceny, or receiving stolen goods of which
he is charged in the bill of indictment, and nonsuit should have been
entered.

APPEAL by defendant from *Harwood, Special Judge,* at April Term,
1930, of CHEROKEE. Reversed.

This is a criminal action in which defendant was tried on an indict-
ment charging housebreaking, larceny and receiving stolen goods, know-
ing them to have been stolen. There was a verdict of guilty.

From judgment that defendant be confined in the State's prison for a
term of not less than twelve nor more than fifteen months, defendant
appealed to the Supreme Court.

*Attorney-General Brummitt and Assistant Attorney-General Nash for
the State.*
*Moody & Moody for defendant.*

PER CURIAM. The evidence for the State at the trial of this action
tended to show that defendant was seen in the company of a young
woman who had in her possession articles of personal property, which
had been stolen. There was no evidence tending to show that defendant
had had said property in his possession or that he had given the same
to his companion. Evidence tending to show friendly relations between
the defendant and the woman, in whose possession the articles were
found, was not sufficient to show that defendant broke and entered the
store from which the property was stolen, that he had stolen the prop-
erty or had received the same, knowing it to have been stolen. There
was error in the refusal of defendant's motion for judgment as of non-
suit, at the close of the evidence for the State. For this reason the
judgment must be

Reversed.